**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7657**

---

CHARLES RICHARD FLINT,

          Petitioner - Appellant,

  versus

HOWARD PAINTER, Acting Warden,

          Respondent - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Robert C. Chambers, District Judge.  (CA-98-691-5)

---

Submitted:  February 10, 2000    Decided:  February 17, 2000

---

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Charles Richard Flint, Appellant Pro Se.  Darrell v. McGraw, Jr., Dawn Ellen Warfield, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Richard Flint appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion adopting the report and recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Flint v. Painter</u>, No. CA-98-691-5 (S.D.W. Va. Sept. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>